**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VICTOR DAVID WARD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 25-cv-1866 (JMC) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the District of Columbia's and United States' motions to dismiss, ECF 24 and ECF 27, are **GRANTED**. Plaintiff's motion for leave to file an amended complaint, ECF 31, is **DENIED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: September 30, 2026